# MEMORANDUM

To:        All Interested Parties

From:     Judge Thomas T. Woodall

Date:     October 6, 2009

Re:       *Calvin R. Cannon v. State of Tennessee*
         C.C.A. No. M2008-02769-CCA-R3-PC

_____

     Please note the correction of the docket number  from M2008-01664-CCA-R3-PC to M2008-02769-CCA-R3-PC in the above-referenced matter which was filed October 1, 2009.